THOMAS LEE, *Appellant, v.* THE BOARD OF SUPERVISORS OF JEFFERSON COUNTY and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements.

THE PITTS AGRICULTURAL WORKS, *Respondent, v.* GEORGE COTTER, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

JOHN M. YOUNG and others, *Respondents, v.* WILLIAM McCARTY, JR., and others *Appellants.* — Order affirmed, with ten dollars costs and disbursements.

S. CLARK LEWIS, *Appellant, v.* WHITE's BANK OF BUFFALO, *Respondent.* — Order affirmed, with ten dollars costs and disbursements, to be paid by the assignee out of the fund.

DOROTHEA RANKERT, *a Supposed Lunatic, Respondent, v.* JACOB RANKERT, *as Committee, etc., Appellant.* — Order appealed from affirmed, with ten dollars costs and disbursements, to be paid by the appellant personally.

MARY J. ADAMS, *Appellant, v.* ARTEMUS L ADAMS, *Respondent.* — Order reversed as to the item of ten dollars and the direction to indorse the same on the execution, and affirmed in all other respects, without costs of the appeal to either party.

GARRET C. RYCKMAN, *Respondent, v.* GEORGE S. RILEY, *Appellant.* — Judgment affirmed, with costs.

ORSON C. LINDERMAN, *Appellant, v.* MARION J. FARQUARSON, *Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event. (Mem. by MACOMBER, J.)

IRA H. GIBSON and others, *Respondents, v.* THE BLACK RIVER INSURANCE COMPANY, *Appellant.* — Judgment and order affirmed. HARDIN, J., not sitting.

OBADIAH STEPHENS, *Appellant, v.* PETER CORNELL, *Respondent.* — Judgment of County Court reversed, and that of justice affirmed, with costs.

FREDERICK BOOMIS, *as Trustee, v.* SILENCE J. WHITE and others. — Motion to modify judgment of last term denied, without costs.

LUCINDA SIMMONS, *Respondent, v.* JOHN H. OSGOODBY, *Appellant.* — Motion for leave to appeal to the Court of Appeals denied, without costs.

HENRY R. PIERSON, *Receiver, etc., Respondent, v.* JOHN D. SAFFORD, *Appellant.* — Motion denied, without costs.

EDGAR MUNSON and others, *Respondents, v.* THE SYRACUSE, GENEVA AND CORNING RAILWAY COMPANY and another, *Appellants.* — Motion for reargument denied.

LEWIS E. SMITH, *Appellant, v.* WILLIAM FALEN, *Respondent.* — Motion for reargument denied.

ANN SMITH, *Respondent, v.* CEYLON W. CARR, *Appellant.* — Motion to open default denied, without costs.